# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **SHOPIFY INC.**, a Corporation organized under the laws of Canada,<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>**AMIR MOKRIAN** (a.k.a. Clayton Burns, a.k.a. Clayton Burnz, a.k.a. Clayton Barns, a.k.a. Clayton Barn), an individual,<br><br>　　　　　　Defendant. | **Case No.: 6:23-cv-2266-WWB**<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** |

　　IT IS HEREBY STIPULATED by and between Plaintiff Shopify Inc. and Defendant Amir Mokrian that a Judgment shall be entered to fully and finally dispose of this civil action in favor of Shopify Inc. and against Amir Mokrian.

　　IT IS FURTHER STIPULATED that this Judgment shall permanently enjoin Amir Mokrian, and other persons who are in active concert or participation with him, from directly or indirectly:

　　a.　　Offering products, goods or services for sale through the Shopify platform.

　　b.　　Submitting any notices of alleged copyright infringement to Shopify in any manner that contain misrepresentations regarding the identity or authority of the submitting party, misrepresentations that Mokrian owns or controls copyrights that he does not own or control, or misrepresentations that material appearing on Shopify's

platform is infringing copyrights held or claimed to be held by Mokrian or anyone he claims to represent.

The Parties therefore respectfully request that the Court enter the Proposed Judgment and Permanent Injunction attached hereto.

DATED:  December 20, 2023              Respectfully submitted,

                                       /s/ Nathan M. Berman
                                       Nathan M. Berman
                                       Florida Bar No. 0329230
                                       ZUCKERMAN SPAEDER LLP
                                       101 East Kennedy Boulevard, Suite 1200
                                       Tampa, FL 33602-5838
                                       Tel: 813-221-1010
                                       Fax: 813-223-7961
                                       nberman@zuckerman.com

                                       David H. Kramer (*pro hac vice*)
                                       WILSON SONSINI GOODRICH & ROSATI, P.C.
                                       650 Page Mill Road
                                       Palo Alto, CA 94304-1050
                                       Tel: 650-320-4741
                                       dkramer@wsgr.com

                                       *Counsel for Plaintiff*
                                       *Shopify Inc.*

DATED:  December 20, 2023              Respectfully submitted,

                                       /s/ Stephen H. Luther
                                       Stephen H. Luther
                                       Florida Bar No. 528846
                                       LUTHER LAW PLLC
                                       4767 New Broad Street, #1029
                                       Orlando, FL 32814
                                       Tel: 407-501-7049
                                       sluther@lutherlawgroup.com

                                       *Counsel for Defendant*
                                       *Amir Mokrian*