IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **SHOPIFY INC.**, a Corporation organized under the laws of Canada,<br><br>    Plaintiff,<br><br>    v.<br><br>**AMIR MOKRIAN** (a.k.a. Clayton Burns, a.k.a. Clayton Burnz, a.k.a. Clayton Barns, a.k.a. Clayton Barn), an individual,<br><br>    Defendant. | Case No.: 6:23-cv-2266-WWB<br><br>**[PROPOSED]**<br>**JUDGMENT AND PERMANENT INJUNCTION** |

This matter is before the Court on the parties' Stipulation to Entry of Judgment and Permanent Injunction (Filing No. ____.)  The Court has reviewed this Stipulation and concludes that it should be approved, and that judgment and a permanent injunction should be entered in favor of Shopify Inc. and against Amir Mokrian. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:

Amir Mokrian, and other persons who are in active concert or participation with him, are permanently enjoined from directly or indirectly:

    a.    Offering products, goods or services for sale through the Shopify platform.

    b.    Submitting any notices of alleged copyright infringement to Shopify in any manner that contain misrepresentations regarding the identity or authority of the submitting party, misrepresentations that Mokrian owns or controls copyrights that he

does not own or control, or misrepresentations that material appearing on Shopify's platform is infringing copyrights held or claimed to be held by Mokrian or anyone he claims to represent.

Dated: _____.

_____
THE HONORABLE WENDY BERGER
UNITED STATES DISTRICT JUDGE